UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEN ANDERSON,

        Plaintiff,

v.

Case No. 10-12183

Honorable John Corbett O'Meara

LASHAWN PEOPLES and
JOHN DOE,
        Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff filed this action against two Detroit police officers, LaShawn Peoples and John Doe, in their individual capacities, alleging the following causes of action: Count I, unlawful detention in violation of the Fourth Amendment, under 42 U.S.C. § 1983; Count II, retaliation in violation of the First Amendment, under 42 U.S.C. § 1983; Count III, lack of due process in violation of the Fourteenth Amendment, under 42 U.S.C. § 1983; Count IV, malicious prosecution in violation of the Fourth and Fourteenth Amendments, under 42 U.S.C. § 1983; and Count V, malicious prosecution in violation of Michigan common law and Mich. Comp. Laws Ann. § 600.2907.

Counts I through IV give rise to federal question jurisdiction under 28 U.S.C. § 1331. The remainder of Plaintiff's Complaint alleges a cause of action based solely on state law. In order to avoid jury confusion, the court will decline to exercise supplemental jurisdiction over the state law claim. *See* 28 U.S.C. § 1367(c); *United Mine Workers v. Gibbs*, 383 U.S. 715 (1966); and *Padilla v. City of Saginaw*, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, it is hereby **ORDERED** that Count V is **DISMISSED**.


Date: February 8, 2011                                         s/John Corbett O'Meara
                                                               United States District Judge




         I hereby certify that on February 8, 2011, a copy of this order was served upon counsel of record using the ECF system.

                                                               s/William Barkholz
                                                               Case Manager